

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-18-00463-CV

Style:                      Sherry Antoinette Smith v. Mohammad Hamid Payandeh

Date motion filed*:         June 14, 2018

Type of motion:            Motion for Extension of Time to File Brief

Party filing motion:       Pro se Appellant Sherry Antoinette Smith

Document to be filed:      N/A

If motion to extend time:

    Original due date:            N/A

    Number of extensions granted:    0       Current Due Date:  N/A

    Date Requested:              N/A (60 days requested)

Ordered that motion is:

    ☐ Granted in part
    ☑ Denied (without prejudice)
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

Although the court reporter's June 5, 2018 info sheet states that the reporter's record has not been filed due to a lack of request and payment by appellant, the clerk's record has not been filed and is due by July 2, 2018.  Accordingly, appellant's extension request is **denied without prejudice** to refiling after the clerk's record and, if requested, the reporter's records are filed.  *See* TEX. R. APP. P. 38.6(a) (stating that appellant's brief will be due 30 days after later of filing of clerk's or reporter's record).

Judge's signature: /s/ Laura C. Higley
            ☑ Acting individually    ☐ Acting for the Court

Date:  June 19, 2018